UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMW of North America, LLC and Bayerische Motoren Werke AG,<br><br>Plaintiff,<br><br>v.<br><br>Bavarian Auto Recycling Inc. and Bryce F. Eagle,<br><br>Defendant. | Case No. 2 :11-cv-00241 JAM EFB<br><br>**CONSENT JUDGMENT** |

Plaintiffs BMW of North America, LLC and Bayerische Motoren Werke AG (collectively, "BMW") having filed a Complaint on January 26, 2011 against Defendants Bavarian Auto Recycling, Inc. and Bryce F. Eagle alleging trademark infringement and counterfeiting under 15 U.S.C. § 1114(1) and trademark infringement under the common law of California; unfair competition under 15 U.S.C. § 1125(a), the common law of California, and Cal. Bus. & Prof. Code § 17200; and breach of contract under the common law of California; relating to Defendants' importation and sale of emblems bearing BMW's Roundel logo;

Defendants, having allegedly imported and sold emblems in violation of BMW's trademark rights;

PDF created with pdfFactory trial version www.pdffactory.com

1    Defendants, without admitting any liability, and expressly denying same, solely to avoid the
2 expense and distraction of protracted litigation, and wishing to settle their dispute with BMW
3 amicably;
4    The parties having acknowledged the jurisdiction of this Court over them and the subject matter
5 hereof; and
6    With the consent of BMW and Defendants, and for good cause, IT IS DECLARED AND
7 HEREBY ADJUDGED that:
8    This Court has jurisdiction over the subject matter hereof;
9    BMW has extensively used and advertised its "Roundel" logo in connection with its business of
10 designing, manufacturing, distributing, offering for sale and selling motor vehicles and related parts,
11 including but not limited to hood and trunk emblems, and Defendants having acknowledged the same;
12    BMW is the exclusive owner of valid and subsisting federal trademark registrations for its
13 famous Roundel logo and other marks, hereinafter collectively referred to as "BMW's Marks," and
14 Defendants having acknowledged the same;
15    Defendants own and operate an automobile recycling business that is not affiliated with BMW
16 in any way that sells new, rebuilt and used BMW parts, including hood and trunk emblems and car
17 parts displaying hood and trunk emblems, and other parts not from BMW that do not bear or depict
18 BMW's Roundel logo or any colorable imitations thereof, or any of BMW's Marks;
19    With the consent of BMW and Defendants, and for good cause, IT IS HEREBY ORDERED,
20 ADJUDGED AND DECREED that:
21    1.    Defendants, their affiliates, affiliated companies and their parents and subsidiaries,
22 employees, representatives, successors, assigns, attorneys-in-fact, and all those persons in active
23 concert or participation with them who receive notice of this Consent Judgment by personal service or
24 otherwise be and hereby are permanently enjoined and restrained from:
25        A.    ordering, accepting orders for, accepting shipment or delivery of, warehousing,
26    manufacturing, importing, brokering, purchasing, advertising or displaying (on the Internet or
27    otherwise), marketing, promoting, offering for sale, selling or otherwise distributing or causing
28    to be delivered, any automotive parts, including but not limited to hood and trunk emblems,

PDF created with pdfFactory trial version www.pdffactory.com

that are not genuine BMW parts and that bear or depict BMW's Roundel logo or any colorable imitations thereof, or any of BMW's Marks or colorable imitations thereof;

    B. installing automotive parts that are not genuine BMW parts and that bear BMW's Roundel logo or colorable imitations thereof, or any of BMW's Marks;

  2. Defendants shall cancel any and all pending orders for automotive parts that are not genuine BMW parts and bear BMW's marks or that are otherwise prohibited by the terms of this Consent Judgment.

  3. Defendants shall immediately wire $5,000 to Bayerische Motoren Werke AG, and in any event no later than one week from entry of this Consent Judgment.  Defendants shall wire their payment to BMW's lead counsel, noting on the wire that Defendants are making the payment.

  4. Defendants shall, within ten (10) days of entry of this Consent Judgment, notify in writing, with a copy to BMW, any and all third parties through which Defendants have placed advertisements for any automotive parts that are not genuine BMW parts and that bear or display BMW's marks, that such advertisements must be removed immediately.

  5. Defendants shall immediately provide a copy of this Consent Judgment to any and all of their related companies, subsidiaries, affiliates, owners, officers, directors, managers (as of the date of entry of this consent judgment), partners, and successors.  Defendants' rights under this Consent Judgment are not assignable.

  6. Within ten (10) days of the entry of this Judgment, Defendants shall identify, in writing and with specificity, each of their sources, by company name and address, telephone number, principal individual contact, shipper, broker or other purchasing agent, port of entry (if known) and shipping location, for the emblems i) identified in Exhibit B to BMW's Complaint and/or ii) any other parts purchased by Defendants in the past that are not genuine BMW parts and that bear or display BMW's marks.  Defendants shall also provide representative transactional business record documents sufficient to identify each of his different sources.

  7. Within thirty (30) days of the entry of this Judgment, Defendants shall destroy all emblems and automotive parts in Defendants' possession or control that are not genuine BMW parts

PDF created with pdfFactory trial version www.pdffactory.com

and that bear or display BMW's Roundel logo, or colorable imitations thereof, and/or any of BMW's Marks, and provide notarized certification of the same.

8. Defendants shall, within forty-five (45) days of entry of this Consent Judgment, through a duly authorized officer or director, certify in a sworn written statement that they have complied with and completed those actions ordered by paragraphs 1 and 7 herein.

9. The parties' 1997 Agreement, referenced in BMW's Complaint, shall not be modified to the extent that those terms are not inconsistent with the terms contained herein.

10. This Court shall retain jurisdiction of this matter and over the parties thereto for the purpose of enforcing the terms of this Consent Judgment. The parties acknowledge that a breach of this Consent Judgment by Defendants would result in immediate and irreparable injury to BMW, and that it would be difficult or impossible to establish the full monetary value of such damage.

11. In accordance with § 34 of the Federal Trademark Act, 15 U.S.C. § 1116, the Clerk of the Court shall notify the Commissioner of Patents and Trademarks of the entry of this Consent Judgment who shall enter it upon the records of the United States Patent and Trademark Office.

12. BMW specifically releases Defendants, its successors in interest, its past, present and future assigns, officers, directors, subsidiaries, affiliates, insurers and underwriters, from any and all claims, demands, actions, liabilities and causes of actions, of every kind and character, arising out of the claims asserted by BMW with respect to the five purchases of 250 Roundel-logoed emblems between Defendants and Han Peng Wu occurring on the dates of October 20, 2008, May 6, 2009, June 18, 2009, March 15, 2010, and June 21, 2010.

There being no just reason for delay, the Clerk of this Court is hereby directed to enter this Consent Judgment forthwith.

The parties, through their undersigned counsel, hereby consent to the entry of the foregoing Consent Judgment and waive any and all rights of appeal.

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Approved as to form: /s/ - Laurence M. Berman | Dated: May 23, 2011 |

Laurence M. Berman (State Bar No. 93515)
Wendy Thomas (State Bar. No. 268695)
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
Tel: (916) 558-6000

| | |
|---|---|
| By: /s/ - Bryce Eagle | Dated: May 19, 2011 |

Title: President
Bavarian Auto Recycling, Inc.

| | |
|---|---|
| By: /s/ - Bryce Eagle | Dated: May 19, 2011 |

Bryce F. Eagle

| | |
|---|---|
| Approved as to form:  /s/ - John G. Froemming | Dated: May 23, 2011 |

John G. Froemming
**JONES DAY**
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 879-4693
*Counsel for Plaintiffs*
Bayerische Motoren Werke AG

| | |
|---|---|
| By: /s/ - Dr. Jochen Volmer      /s/ - Aimee Gessner | Dated: May 25, 2011 |
|      Dr. Jochen  Volkmer         Aimee Gessner | |

Title: Head of Trademark Dept.      Legal Counsel
Bayerische Motoren Werke AG

| | |
|---|---|
| By: /s/ - Frances McCaffrey | Dated: May 25, 2011 |

Title: Corporate Counsel
BMW of North America, LLC

IT IS SO ORDERED:

Dated:   July 6, 2011

                                              /s/ John A. Mendez
                                              THE HON. JOHN A. MENDEZ

PDF created with pdfFactory trial version www.pdffactory.com